| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wells, Lesley B. | 2. Court or Organization<br><br>U.S. District Court, ND OH | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>201 Superior Avenue<br>328 United States Court House<br>Cleveland, OH 44114 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Wells , Lesley B.

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM | $30,707.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | WHEELING & LAKE ERIE RAILWAY - DIRECTOR |
| 2. 2010 | SQUIRE, SANDERS & DEMPSEY - LAW FIRM |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CENTURY FINCL CORP MICH | B | Dividend | K | T | | | | | |
| 2. KEY CORP SECURITIES | A | Dividend | J | T | | | | | |
| 3. LORAIN OHIO-MUNICIPAL BONDS | A | Interest | J | T | | | | | |
| 4. MAHONING CNTY OH HSP FCS-MUNI BONDS | A | Interest | | | Redeemed | 10/13/10 | K | A | |
| 5. FAIRFIELD CNTY OHIO HOSP-MUNI BONDS | A | Interest | | | Redeemed | 07/01/10 | J | A | |
| 6. LUCAS CNTY OH HOSP REV-MUNI BONDS | A | Interest | J | T | | | | | |
| 7. MAHONING CNTY OHIO HOSP-MUNI BONDS | A | Interest | K | T | | | | | |
| 8. CUYAHOGA CNTY OHIO HOSP-MUNI BONDS | A | Interest | J | T | | | | | |
| 9. OHIO ST AIR QUALITY DEV-MUNI BONDS | A | Interest | J | T | | | | | |
| 10. CUYAHOGA CO OH HSP REV-MUNI BONDS | A | Interest | J | T | | | | | |
| 11. LORAIN CNTY OH HOSP REV-MUNI BONDS | A | Interest | | | Redeemed | 05/21/10 | K | A | |
| 12. CLEVELAND OH ARPT SYS MUNI BONDS | A | Interest | J | T | | | | | |
| 13. MERRILL LYNCH CMA MONEY FD | A | Interest | K | T | | | | | |
| 14. OHIO ST TPK CMMN TPK REV-MUNI BONDS | A | Interest | | | Sold | 01/19/10 | J | A | |
| 15. UNIV CINC OH GEN RCPTS-MUNI BONDS | A | Interest | J | T | | | | | |
| 16. AKRON BATH COPLEY OH ST-MUNI BONDS | A | Interest | J | T | | | | | |
| 17. LORAIN CNTY OH HOSP REV-MUNICIPAL BONDS | A | Interest | | | Redeemed | 05/21/10 | J | A | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. PUERTO RICO ELEC PWR-MUNI BONDS | A | Interest | | | Sold | 01/22/10 | J | A | |
| 19. PUERTO RICO COMWLTH PUB | A | Interest | | | Sold | 01/19/10 | J | A | |
| 20. TECUMSEH OHIO LCL SCH | A | Interest | J | T | Sold (part) | 07/30/10 | J | A | |
| 21. MERRILL LYNCH CMA MONEY FD | A | Interest | J | T | | | | | |
| 22. VANGUARD 500 INDEX FD | B | Dividend | L | T | Buy (add'l) | 01/03/10 | J | | |
| 23. | | | | | Buy (add'l) | 02/01/10 | J | | |
| 24. | | | | | Buy (add'l) | 04/30/10 | J | | |
| 25. | | | | | Buy (add'l) | 06/01/10 | J | | |
| 26. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 27. | | | | | Buy (add'l) | 08/02/10 | J | | |
| 28. | | | | | Buy (add'l) | 09/01/10 | J | | |
| 29. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 30. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 31. | | | | | Buy (add'l) | 12/01/10 | J | | |
| 32. TOLEDO OH CAP IMPT | B | Interest | K | T | | | | | |
| 33. COLUMBUS OHIO SWR REV SYS | A | Interest | J | T | | | | | |
| 34. OHIO ST HIGHER ED | A | Interest | | | Sold | 04/14/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MAUMEE OH CITY SCH | A | Interest | | | Sold | 04/14/10 | J | A | |
| 36. UNIV AKRON OH GEN | A | Interest | | | Sold | 04/19/10 | J | A | |
| 37. OHIO ST HIGHER EDL | A | Interest | J | T | | | J | | |
| 38. OH ST UNIV GEN RCPTS -SER A | A | Interest | K | T | Buy | 05/07/10 | K | | |
| 39. CLEVE OH ST UNIV GEN RCPT FGIC MUNI | A | Interest | K | T | Buy | 06/07/10 | K | | |
| 40. HAMILTON CNTY OH SALES TX MUNI | A | Interest | J | T | Buy | 07/02/10 | J | | |
| 41. AKRON OH INC TX RV CMNTY MUNI | A | Interest | J | T | Buy | 08/19/10 | K | | |
| 42. HAMILTON CNTY OH SWR TX FSA MUNI | A | Interest | J | T | Buy | 01/07/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Lesley B. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lesley B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544